# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| L. L. BEAN, INC.,<br><br>      *Plaintiff*,<br><br>v.<br><br>4IMPRINT, INC.,<br><br>      *Defendant*. | Civil Action No.: 2:25-cv-00116-JAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff L. L. Bean, Inc., by and through below counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant 4imprint, Inc.

Dated: April 24, 2025

By its attorneys,

*/s/ Jeremy R. Fischer*

**DRUMMOND WOODSUM**
Jeremy R. Fischer
jfischer@dwmlaw.com
84 Marginal Way, Suite 600
Portland, ME 04101-2480
Telephone: (207) 253-0569
Facsimile: (207) 772-3627

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Mark Puzella (*pro hac vice*)
mpuzella@orrick.com
Ryan Lind (*pro hac vice*)
rlind@orrick.com
222 Berkeley Street, Suite 2000
Boston, MA  02116-3740
Telephone: (617) 880-1800
Facsimile: (617) 880-1801

*Attorneys for Plaintiff L. L. Bean, Inc.*